7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

*In Re:*  Danette Tonia Gillette
*Debtor*

*Bankruptcy Case No.*
15–60108–abf7

**United States Trustee**
    Plaintiff(s)

*Adversary Case No.*
16–06020–abf

v.

**Danette Tonia Gillette**
    Defendant(s)

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Judgment by Default is hereby entered in favor of the Plaintiff, Daniel J. Casamatta, Acting United States Trustee, and against the Debtor–Defendant, Danettee Tonia Gillette, revoking the discharge of debtor–defendant pursuant to ll U.S.C. Section 727(d)(3).



PAIGE WYMORE–WYNN
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk

Date of issuance: 8/3/16

Court to serve